# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN FABRIZIANI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 14-814 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| ST. JUDE MEDICAL, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties' Joint Motion (**Doc. 18**) to stay is **GRANTED**, and this case hereby is **STAYED**. The Court and parties expect the duration of the stay to be 90 days.

For the duration of the stay, this case is and shall remain administratively closed. Administrative closings comprise a familiar way in which courts remove cases from their active files without final adjudication. Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 127 (3d Cir. 2004) (citation and internal quotations omitted). Administrative closure is a docket control device used by the Court for statistical purposes, and it does not prejudice the rights of the parties in any manner. Honig v. Comcast of Georgia I, LLC, 537 F. Supp.2d 1277, 1290 n.8 (N.D. Ga. 2008).

Within 30 days after the expiration of the 90-day stay period, if the case has not resolved, Plaintiff shall file a motion to lift the stay and restore the case to the Court's active docket. If the case does resolve, the parties promptly shall notify Chambers by telephone (412.208.7460) and be prepared to file, within a reasonable time, a stipulation of dismissal.

IT IS SO ORDERED.

November 25, 2014                                s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via ECF email notification):

All Counsel of Record